# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**KETTLER INTERNATIONAL, INC.,**

    Plaintiff,

v.                                    Civil Action No. 2:16cv622

**TOMY INTERNATIONAL, INC.,**

    **Defendant and Counterclaim Plaintiff.**

## AGREED DISMISSAL ORDER

THIS MATTER COMES before the Court pursuant to FRCiv P 41, on the representations of the parties, by their counsel, that they have resolved all matters at issue in this case, as set forth in the Settlement Agreement between the parties, and that they desire entry of a final order dismissing this action with prejudice, as part of their agreed disposition thereof.

IT APPEARING TO THE COURT that the parties jointly seek this relief, as evidenced by the endorsement of their respective counsel hereto, and that it is in the interests of justice to do so, it is hereby **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE,** each party to bear its own costs and fees. The Court retains jurisdiction for purposes of enforcing the Settlement Agreement into which the parties have entered in connection with this matter.

**IT IS SO ORDERED.**

ENTER: 5-3-17

/s/
Arenda L. Wright Allen
United States District Judge
United States District / Magistrate Judge

WE ASK FOR THIS:

_____
John C. Lynch (VSB # 39267)
Ethan G. Ostroff (VSB # 71610)
Counsel for KETTLER International, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

_____
Steven A. Neeley, Jr.
Husch Blackwell LLP
Counsel for TOMY International, Inc.
750 17th Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 378-2300
Facsimile: (202) 378-2318
Email: steve.neeley@huschblackwell.com

31182165